# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**                                                    **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                          **GREENBELT, MARYLAND      20770**
                                                                                    **301-344-0052**

## M E M O R A N D U M

TO:          Counsel of Record

FROM:      Judge Roger W. Titus

RE:          *ITPE Pension Fund et al. v. DTM Corp.*
              Civil Case No. RWT-09-979

DATE:       February 25, 2010

\* \* \* \* \* \* \* \* \*

On February 25, 2010, the Court conducted a telephone status conference, during which the parties apprised the Court of the status of their discussions in mediation and the Court **SCHEDULED** a further telephone status conference for **April 22, 2010, at 5:00 p.m.**   Counsel for the Plaintiffs will initiate the call.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

_____
                    /s/
                Roger W. Titus
         United States District Judge